UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE:   FELIPE D MERCEDES<br><br>          Debtor | B.K. No. 1:05-bk-13967<br><br>Chapter 7 |
| FELIPE D. MERCEDES<br><br>          Plaintiff,<br><br>v.<br><br>DOMESTIC BANK,<br>MORTGAGE ELECTRONIC REGISTRATION<br>SYSTEMS, INC. as nominee for<br>Domestic Bank,<br><br>          Defendants. | A.P. No. 1:06-ap-01020 |

**[PROPOSED] ORDER GRANTING JOINDER (DOC# 33) AFTER HEARING**

**Re:  Defendant Mortgage Electronic Registration Systems, Inc.'s Joinder in Motion of Domestic Bank for Judgment on the Pleadings**

     On August 25, 2006, Defendant Domestic Bank filed a Motion for Judgment on the Pleadings (doc# 19), seeking dismissal of Plaintiff's complaint.  Defendant Mortgage Electronic Registration Systems, Inc. joined in the motion on September 22, 2006 (doc# 33), seeking dismissal of Plaintiff's claims against it for the same reasons stated in Domestic Bank's motion.

     On October 4, 2006, the Court heard arguments from plaintiff and both defendants, and granted the motion from the bench.  The Court subsequently entered a judgment order granting Domestic Bank's Motion for Judgment on the Pleadings (doc# 44).  The Court further noted that any remaining disputes regarding discovery were moot due to the dismissal of this matter (doc# 45).

     THEREFORE, upon consideration of the Joinder, and any objection or response thereto, and after hearing, IT IS ORDERED that for the reasons stated by the Court in its bench decision on October 4, 2006, which are incorporated here by reference,

the Joinder (doc #33) is **GRANTED** and Plaintiff's complaint is **DISMISSED** in its entirety as to both Domestic Bank and Mortgage Electronic Registration Systems, Inc.

Judgment #:

ORDER:                                                ENTER:

LLC                                                    Arthur N. Votolato
Deputy clerk                               U.S. Bankruptcy Judge
                                                         Date:

Entered on Docket:
Document Number:

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE: FELIPE D MERCEDES<br><br>Debtor | B.K. No. 1:05-bk-13967<br><br>Chapter 7 |
| FELIPE D. MERCEDES<br><br>Plaintiff,<br><br>v.<br><br>DOMESTIC BANK,<br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. as nominee for Domestic Bank,<br><br>Defendants. | A.P. No. 1:06- 01020 (ANV) |

**CERTIFICATE OF SERVICE**

    I hereby certify that I have caused a true copy of the [PROPOSED] ORDER GRANTING JOINDER (DOC# 33) AFTER HEARING to be served upon the counsel of record for the following parties via this Court's CM/ECF System on October 13, 2006:

| | |
|---|---|
| Christopher M. Lefebvre, Esq.<br>Law Offices of Claude Lefebrvre & Sons<br>P.O. Box 479<br>Pawtucket, RI 02862 | Thomas E. Carlotto, Esq.<br>Shechtman Halperin Savage<br>1080 Main Street<br>Pawtucket, RI 02860 |

    I hereby certify that I have also caused a true copy of the foregoing document to be served by U.S. First-Class Mail on October 13, 2006 upon:

Gini Spaziano, Esq.
Shechtman Halperin Savage
1080 Main Street
Pawtucket, RI 02860

DATED: October 13, 2006

/s/ John B. Daukas
John B. Daukas

3